# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### NORFOLK and NEWPORT NEWS DIVISIONS
### OFFICE OF THE CLERK

## NOTICE

Date:  November 1, 2021

Re:  Porter v. Johnson & Johnson Services VA, Inc. et al

To:  Counsel of Record

The court has been advised that the matters between the parties are settled.  At the direction of the court, we must notify you that the matter will be "dismissed agreed with prejudice" unless an otherwise appropriate dismissal order is submitted by counsel within twenty-one (21) days from the date of this notice.  This deadline may be extended only by an order of court obtained by counsel.

If this matter requires court approval of the settlement, you should arrange an appropriate date for a hearing on settlement approval with the assigned judge's calendar clerk.  The court appreciates your giving this matter your prompt attention.

FERNANDO GALINDO, Clerk

By:  _____/s/_____
**Deputy Clerk**